BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO, MA BBO 670079
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    Email: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DITRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN MCQUEED, | Case No. 2:15-cv-01276-KJN |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION TO RESPOND TO PLAINTIFF'S REQUEST FOR REMAND |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HERE BY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's request for a voluntary remand:

- Defendant shall file response to Plaintiff's request for a remand by January 18, 2016;
- Should Defendant decline to voluntarily remand the case, Plaintiff shall serve and file a motion for summary judgment or for remand within forty-five days of receiving such response from Defendant (on or before March 3, 2016);
- Defendant shall serve and file any opposition or counter-motion within thirty days of service of plaintiff's motion (on or before April 4, 2016);
- Plaintiff may serve and file a reply within twenty days of service of defendant's opposition or counter-motion (on or before April 25, 2016).

Stip. & Prop. Order for Extension, 2:15-cv-1575-AC

Good cause exists to grant an extension because the Defendant has a higher workload than normal and needs more time to determine whether this case should be voluntarily remanded.

Respectfully submitted,

Date: December 17, 2015

By: */s/ Jacqueline A. Forslund* *
JACQUELINE A. FORSLUND

Attorney for Plaintiff
*By email authorization on 12/17/2015

Date: December 17, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 18, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE