JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMES ALAN MCQUEED,                    )
                                       )     Case No. 2:15-cv-01276-KJN
        Plaintiff,                     )
                                       )     **STIPULATION AND ~~PROPOSED~~**
                                       )     **ORDER FOR EXTENSION OF TIME**
v.                                     )     **TO FILE PLAINTIFF'S MOTION**
                                       )     **FOR SUMMARY JUDGMENT**
CAROLYN W. COLVIN,                     )
Acting Comm'r of Social Security,      )
                                       )
        Defendant,                     )
                                       )
_____ )

        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 30 days to April 4, 2016, for Plaintiff to serve her Motion for Summary Judgment, in

accordance with the Court's Scheduling Order.  This is Plaintiff's first extension request, which is

requested because Plaintiff's counsel is experiencing a significant backlog in her workload.

1    The parties further stipulate that the Court's Scheduling Order be modified accordingly.

2

3                                                  Respectfully submitted,

4

5

6    Date:  March 1, 2016                          JACQUELINE A. FORSLUND
                                                    Attorney at Law

7

8                                                  */s/Jacqueline A. Forslund*
                                                    JACQUELINE A. FORSLUND
9

10                                                 Attorney for Plaintiff

11

12   Date:  March 1, 2016                          BENJAMIN B. WAGNER
                                                    United States Attorney
13                                                 DEBORAH STACHEL
                                                    Acting Regional Chief Counsel, Region IX
14                                                 Social Security Administration

15

16                                                 */s/*Marcelo Illarmo*
                                                    MARCELO ILLARMO
17                                                 Special Assistant United States Attorney
                                                    *By email authorization
18

19                                                 Attorney for Defendant

20

21                                                      ORDER

22   APPROVED AND SO ORDERED

23

24   Dated:  March 3, 2016

25

26                                                 _____
                                                    KENDALL J. NEWMAN
27                                                 UNITED STATES MAGISTRATE JUDGE

28

McQueed v. Colvin                Stipulation and ~~Proposed~~ Order           E.D. Cal. 2:15-cv-01276-KJN